IN THE UNITED STATES DISTRICT COURT
FOR THE ~~Southern~~ DISTRICT OF Ind
Reg. 5 DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Dillion M. Forrest

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4 : 19-CV- 0257 SEB -DML

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

Secretary, Indiana Dept.
of Health Kristina Box
Indiana Agency for Healthcare Administration

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

F.S.S.A Family Social Service Administration
former Head John Wernert present Head
Jennifer Walthall Rumfell

Commissioners Jennifer Sullivan

I. The Parties to This Complaint

    A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dillian Forrest
Street Address: c/o Rescare 5812 Concord Ct.
City and County: Jeff, IN Flee Clark
State and Zip Code: IN 47130
Telephone Number: 812 796 9213
E-mail Address:

    B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Secretary of Indiana
Job or Title (if known): of Health
Street Address: 2 N Meridian St.
City and County: Indpl. IN. 46204
State and Zip Code: IN
Telephone Number: 317 233 1325
E-mail Address (if known):

Defendant No. 2
Name: Secretary of Indiana
Job or Title (if known): for Healthcare Administrator
Street Address: 102 W. Washington St Rm
City and County: Indpl. W072

2

State and Zip Code: IN 46204 ~~Family Social Services Adm.~~

Telephone Number: 317 234 4736

E-mail Address (if known):

Defendant No. 3

Name: Family Social Services Adm. former Head John Wernert + present

Job or Title (if known):

Street Address: 402 W. Washington

City and County:

State and Zip Code: 46204

Telephone Number: 317 233 4454

E-mail Address (if known):

Defendant No. 4

Name: Jennifer Sullivan

Job or Title (if known): Commissioner

Street Address: 402 W. Washington St

City and County: Indp. IN.

State and Zip Code: 46204

Telephone Number:

E-mail Address (if known):

6. Jennifer Rumfell 402. W. Washington 46204

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

b.   If the defendant is a corporation

The defendant, (name) ~~John Wernert~~ Dr. M.F. *Secretary Ind. Dept. of Health*
incorporated under the laws of the State of (name)
__Ind.__, and has its principal place of
business in the State of (name) __Ind.__. Or is
incorporated under the laws of (foreign nation)
__—__, and has its principal place of
business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*111 million - 6 years of bondage to Margaret Timmel Atty @ law at the request of Patricia Ballard A.P.S. director*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The State of Indiana fails to provide necessary community-based services so that medicaid eligible individuals w/ Cerebral Palsy who are @ risk of institutional may be served in the most integrated setting appropriate to their needs. The State continues to fund costly, institutional care, rather than provide sufficient community-based services to persons w/ Cerebral Palsy, placing them @ risk of unnecessary institution*

alization. As a result Indiana is in violation of Title II of the Americans with Disabilities Act (ADA) 42 U.S.C. §§ 12131-12134, and Section 504 of the rehabilitation Act, 29 U.S.C. § 794, and their implementing regulations (as interpreted in Olmstead v/s L.C. 527 U.S 581 (1999). Congress enacted the ADA in 1990 "to provide a clear and comprehensive mandate for the elimination of discrimination against individuals with disabilities." 42 U.S.C § 12101(b)(1). As Congress states in the findings and Purposes of the ADA, "historically, society has tended to isolate and segregate individuals with disabilities, and despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem." 42 U.S.C. § 12101(a)(2). For these reasons Congress prohibited discrimination in the form of segregation. Olmstead v. L.C. 527 U.S. 581, 588 (1999).

Congress sought "clear, strong, consistent enforceable standards addressing discrimination against individuals with disablies, 42 U.S.C § 12101(b)(2), and explicitly stated that one of the purposes of the ADA was" to ensure that the Federal Government plays a central role in enforcing the standards est. L in the A on behalf of individuals with disabilities

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

discrimination Title II of A.D.A   Olmstead v/s I.C.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Dillion Forrest is a citizen of the State of *(name)* Ind.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Kristina Box is a citizen of the State of *(name)* Indiana. Or is a citizen of *(foreign nation)* _____.

4

fax
3172337494

(3) Secretary Ind Dept of Health
Kristina Box  citizen of
St Ind.

(4) defendant
F.SSA Family Social Service
Adm. former Head John Wernert
present Jennifer Walthall
Rumbell  citizen St Ind.

(5) Jennifer Sullivan commissioners
402 W. Washington
46204  St. Ind.

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Return to self or family. Ill will for placing me in bondage. Slander, defamation, malice + conspiracy. Violation of human/civil rights for the disabled.

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-21, 2019

Dillion M. Forrest

Signature of Plaintiff
Printed Name of Plaintiff

B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____

*It is true and best to my knowledge*

**Dillion M. Forrest**

*11·21·19*